**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.                                                    No.: 2:26-mj-240-KFW

JERONIMO MAVUNGO-RAYMOND

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Todd Bucci, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am presenting this affidavit in support of an application for a criminal complaint charging Jeronimo Mavungo-Raymond with one count of using an unauthorized access device, in violation of 18 U.S.C. § 1029(a)(2).

2. I am a Special Agent with the U.S. Department of Agriculture ("USDA"), Office of Inspector General ("OIG"), located in the New England Field Office, Salem, New Hampshire. I have a total of approximately 28 years of law enforcement experience as a Police Officer, Corrections Officer, and Special Agent. I have been employed by the USDA-OIG for approximately 16 years. Prior to my employment at USDA-OIG, I was employed by the U.S. Department of Interior OIG as a Special Agent for approximately five years and was employed as a Special Agent with the U.S. Army Criminal Investigation Command ("USACIDC") for approximately five years.  I also served as a local police officer in Massachusetts, as well as a Military Police Corrections Officer with the U.S. Army for a cumulative total of approximately two years.  During my career, I have conducted numerous investigations involving various financial and major crimes. My current duties involve the investigation of violations of both state and federal statutes in which the USDA has a specified interest as well as related criminal activities,

such as theft, wire fraud, mail fraud, bank fraud, computer fraud, program fraud, money laundering, tax fraud, financial transaction card fraud, wrongfully obtaining welfare assistance, racketeering and other white-collar fraud and financial fraud investigations. As a Special Agent, I have received specialized training and have past experience conducting these types of investigations.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for a criminal complaint.

4. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe Jeronimo Mavungo-Raymond committed one count of using an unauthorized access device, in violation of 18 U.S.C. § 1029(a)(2).

**PROBABLE CAUSE**

5. On May 1, 2026, the Maine DHHS Office of Family Independence (MDHHS OFI) began receiving multiple reports involving unauthorized Electronic Benefit Transfer (EBT) transactions associated with Temporary Assistance for Needy Families (TANF) benefits. TANF is a federally funded, state-run government program that provides financial and employment assistance to very low-income families with dependent children. The program is often referred to as "welfare" and helps eligible households pay for basic needs like food, housing, utilities, and clothing. The program exists to help families achieve economic self-sufficiency and stability. Pregnant women and families with at least one dependent child under 18 are typically the recipients of this money and usually they are required to participate in work activities, job training, or educational

programs to be eligible to receive the funds. Federal rules limit most families to a maximum of 60 months (five years) of cash assistance in their lifetime.

6.   Maine has experienced numerous similar other attacks on their EBT cards in the last seven months involving approximately 111 individual recipients of Maine EBT TANF benefits being stolen from their Maine-issued EBT Cards. As of the date of this affidavit, total losses are approximately $103,860.50. The attacks appear to be part of an organized criminal group that is using cloned versions of the recipients' EBT cards to make withdrawals from ATM machines in the states of Maine and New Hampshire. Based on the number of reported incidents and similarities in transaction activity, an investigation was initiated by the Maine Department of Health and Human Services ("MDHHS"), U.S. Department of Health and Human Services, Office of the Inspector General ("HHS-OIG"), and USDA-OIG.

7.   The EBT cards are believed to be cloned because the TANF recipients who reported fraudulent activity on their accounts confirmed that their EBT cards had not been lost or stolen. Based on my training and experience, it is common in benefits fraud schemes for perpetrators to clone EBT cards to steal funds without needing to steal the physical EBT card.

8.   As of May 14, 2026, MDHHS has confirmed the financial loss attributable to the May 1, 2026 incidents was approximately $40,192 in total transactions. Investigators reviewed the May 1, 2026 EBT transaction history for recipients who reported their funds stolen and identified unauthorized withdrawals and fraudulent purchases occurring throughout Portland, South Portland, and Westbrook, Maine, as well as in Nashua, New Hampshire.

9.   As part of the investigation MDHHS coordinated with USDA-OIG and HHS-OIG to review EBT transaction histories, obtain victim reports, and obtain surveillance video from businesses and financial institutions identified in the transaction history.

10. ATM surveillance footage obtained by investigators from Bank of America ("BOA") located at Mill Creek Shopping Center, 50 Market Street, South Portland, Maine 04106, showed the following individual using what is believed to be a cloned EBT card belonged to client T.B. (client#XXXXX181A):



Specifically, at approximately 1319 hours on May 1, 2026, this individual was caught on ATM surveillance footage making a withdrawal in the amount $560.00 using EBT card PAN 5077030017327580 that belonged to T.B.

11. A review of the MDHHS Automated Client Eligibility System (ACES) showed that client T.B. was a household of two, with a minor child (12 years of age). Per MDHHS OFI policy and USDA regulations, no one else would be authorized to use the client's EBT card benefits. Investigators reviewed ACES case notes for T.B. and discovered that T.B. had reported suspicious transactions on T.B.'s EBT account. On May 4, 2026, T.B. went to the Lewiston Regional MDHHS office located at 200 Main Street, Lewiston and reported suspicious transactions at Bank of America and at New York Fried Chicken in Portland. T.B. spoke with MDHHS Eligibility Specialist ("ES") Dawn West who had the client fill out a stolen/fraud form. ES West then documented the incident in the client's ACES notes.

12. On May 14, 2026, investigators contacted T.B. via the phone number listed in ACES to discuss the alleged fraudulent transactions. T.B. provided verbal identification by name, date of birth, last four digits of T.B.'s social security number, address, and physical description. T.B. confirmed T.B. did not use the EBT card in Portland, ME, or allow anyone else to use the card. T.B. did not report receiving any suspicious calls or requests for T.B.'s EBT card information. T.B. was still in possession of the original EBT card issued by MDHHS.

13. A MDHHS Fraud investigator determined that the second fraudulent transaction on T.B.'s EBT account was at New York Fried Chicken for $9.99 on May 1, 2026. The MDHHS investigator went to the New York Fried Chicken, located at 111 Cumberland Avenue, Portland, ME, to attempt to obtain surveillance video for the time T.B.'s EBT account was used. A MDHHS Fraud investigator reviewed surveillance video footage that showed that on May 1, 2026, at approximately 1402 hours, an individual believed to be the same suspect as above, was in the restaurant using T.B.'s EBT card to make a

5

purchase for $9.99.  In the New York Fried Chicken surveillance video, the suspect appeared to be wearing the same hat and sweatshirt as the BOA ATM photo.



14. A MDHHS Fraud investigator canvased the neighborhood and checked for surveillance video at the Big Apple Convenience Store located across the street from this business at the address of 16 Washington Street, Portland, ME. The investigator was able to review the Big Apple surveillance video and obtained a copy. On the video, the suspect from the BOA ATM photo is observed walking into the Big Apple wearing the same hat and sweatshirt. See screenshot of surveillance video below:



The suspect is later observed leaving the Big Apple and walking in the direction of New York Fried Chicken before disappearing from the view of the camera. Within approximately 15 minutes, the suspect is observed walking toward the Big Apple parking area from the direction of New York Fried Chicken. Shortly after the suspect disappears from view, a small gray vehicle is seen leaving the parking lot from the same area the suspect was last seen walking toward.

15. The MDHHS Fraud Investigator obtained a screenshot of the Big Apple surveillance footage that captured the registration plate on the small grey vehicle leaving the parking lot, but the plate was distorted and unreadable in the image. The MDHHS fraud unit sent the image to the New England State Police Information Network ("NESPIN") to attempt to digitally enhance the image.  The picture of the vehicle was

also searched through AI (CHAT-GPT) which gave the likely make, model, color and year range, as a grey/silver metallic Hyundai Accent between the years 2012 and 2017. NESPIN was able to enhance the image of the registration plate, and it was identified as Maine registration 485-LFB.  The surveillance video screenshot and enhanced photo are seen below:



16. The MDHHS investigator queried the plate through the Maine Bureau of Motor Vehicles ("BMV") and identified the vehicle as a grey 2013 Hyundai Accent 4dr registered to Jeronimo Mavungo-Raymond ("Mavungo") at a precise address located in Auburn, ME.  A query for Mavungo's Maine driver's license showed his mailing address as a post office box in Lewiston, ME. Investigators compared Mavungo's Maine BMV photo to the South Portland BOA ATM surveillance image and have reason to believe Mavungo is the same person who made the BOA transaction along with the transaction at the New York Fried Chicken restaurant.

17. In furtherance of the investigation, your affiant and MDHHS Investigators obtained additional surveillance video for May 1, 2026, from various financial institutions and other locations where suspected fraudulent EBT transactions had been

reported, including surveillance video from TD Bank located at 9 Market Street, South Portland, Maine. This TD Bank branch is located within two blocks of the BOA ATM discussed above. Mavungo was observed on the TD Bank surveillance video entering the ATM vestibule at 1325, approximately 6 minutes after conducting the BOA ATM transaction discussed above. Screenshots from the TD Bank surveillance are shown below:





On the surveillance footage, Mavungo is observed holding multiple debit cards that appear to be cloned EBT cards. See screenshots below:





18. MDDHS records indicate that a fraudulent withdrawal of $680 involving the EBT card belonging to client D.B. (Client # XXXXX221A) occurred at the aforementioned TD Bank in South Portland at approximately 1325. The TD Bank surveillance footage shows Mavungo conducting what appears to be the same transaction involving D.B.'s benefits. A screenshot of Mavungo withdrawing the funds  is shown below:



19.  A review of MDHHS ACES showed that client D.B. was a household of two, with a minor child (12 years of age). Per MDHHS OFI policy and USDA regulations no one else would be authorized to use the client's EBT card benefits. Investigators reviewed ACES case notes for D.B. and discovered that D.B. had reported suspicious transactions on D.B.'s EBT account. On May 1, 2026, at 1539 hours D.B. called MDHHS OFI and

reported there were suspicious transactions at TD Bank in Portland. D.B. spoke with MDHHS ES Lisa Wiley who then documented the incident in the client's ACE notes.

20. On May 28, 2026, investigators with MDHHS contacted D.B. via the phone number listed in ACES to discuss the alleged fraudulent transactions. D.B. provided verbal identification by name, date of birth, last four digits of D.B.'s social security number, address, and physical description. D.B. confirmed D.B. did not use the EBT card in Portland, ME, and did not allow anyone else to use the card. D.B. did not report receiving any suspicious calls or requests for D.B.'s EBT card information. D.B. was still in possession of the original EBT card issued to D.B. by MDHHS.

### CONCLUSION

21. I respectfully submit, based on the facts set forth above, that probable cause exists to charge Jeronimo Mavungo-Raymond by criminal complaint with the offense of using an unauthorized access device, in violation of Title 18, United States Code, Section 1029(a)(2), and I respectfully request that the accompanying Criminal Complaint be issued.

Special Agent Todd Bucci
USDA-OIG

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date: Jun 30 2026

City and state: Portland, Maine

_Judge's signature_

Karen Frink Wolf, U.S. Magistrate Judge
_Printed name and title_